UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| MARY UMPHRIES,<br><br>      Plaintiff,<br><br>      v.<br><br>OXFORD LAW, LLC,<br><br>      Defendant. | Civil Action No. TDC-15-3885 |

## ORDER

On May 11, 2016, Plaintiff Mary Umphries filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 6. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed without prejudice.

The Clerk is directed to close this case.

Date: May 12, 2016                                         /s/
                                                                    THEODORE D. CHUANG
                                                                    United States District Judge